IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, § § § | |
| *Plaintiff*, § § | |
| V. § | CIVIL ACTION NO. SA-24-CA-00112-FB |
| § § | |
| EWS GLOBAL, INC., § § | |
| *Defendant*. § | |

## DEFAULT JUDGMENT

Before the Court is the Report and Recommendation of United States Magistrate Judge concerning Plaintiff's Motion for Default Judgment, filed on October 3, 2024. (Docket no. 20). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket no. 20) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Plaintiff's Motion for Default Judgment (docket no. 12) is GRANTED and Judgment is awarded against Defendant, as follows:

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

      a. Judgment on Plaintiff's claims in the amount of $ 441,130;

      b. Costs in the amount of $ 638.30, and attorney's fees in the amount of $ 4,949.50; and

      c. Prejudgment interest under Texas Finance Code § 304.104, and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

IT IS FURTHER ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of January, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.